**Dismiss and Opinion Filed April 14, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00538-CV

**BRIAN WILLIAMS, Appellant**

**V.**

**JM MANAGEMENT, LLC D/B/A JM CONSTRUCTION SOLUTIONS,**
**Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-16422**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

Before the Court is the parties' joint motion to dismiss the appeal because they

"have reached an agreement to resolve all disputes between them in this appeal."

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

210538f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIAN WILLIAMS, Appellant

No. 05-21-00538-CV       V.

JM MANAGEMENT, LLC D/B/A
JM CONSTRUCTION
SOLUTIONS, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-16422.
Opinion delivered by Justice
Molberg. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 14th day of April, 2022.